The People of the State of New York, Respondent, v. Nathan Goldflam, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

William Feil, Respondent, v. Samuel Mendick, Appellant, Impleaded with Samuel Singer and Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to the sum of $7,636.45; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

James Enright, an Infant, by Daniel Enright, His Guardian ad Litem, Respondent, v. Anna L. Schoemaker, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page, and Philbin, JJ.

Herman Rothmann, an Infant, by Louis Rothmann, His Guardian ad Litem, Appellant, v. Thompson Brothers, Inc., Respondent.— Order reversed, with costs, and verdict reinstated and judgment ordered to be entered thereon, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.; Clarke, P. J., dissenting.

Antonio Quacquarello, Appellant, v. Charles Remsen, Respondent. — Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of Proving the Last Will and Testament of Jane G. Lowden, Deceased. Martha Moorhead and Another, Appellants; Walter S. Greacen and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

In the Matter of Acquiring Title by The City of New York, Respondent, to Certain Lands and Premises on the Southerly Side of East Sixty-third Street between Second and Third Avenues, in the Borough of Manhattan, City of New York, Duly Selected as a Site for School Purposes, According to Law. The Walters Piano Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

Bergdorf & Goodman Company, Respondent, v. George Leary, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

Elma Fink, an Infant, etc., by Samuel Fink, His Guardian ad Litem, Appellant, v. New York Railways Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

Samuel Fink, Appellant, v. New York Railways Company, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Philbin, JJ.

Hans John Hagen and Another, Individually and Suing in Behalf of the Copartnership Known as the South American Export Company, Respondents, v. Ljuba Jankovic, Individually and Doing Business under the Trade Name of The L. Jankovic Company, Appellant.— Order affirmed.

with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARY KECK, Appellant, v. ANNA DRESSEL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

GEORGE A. LUDEWIG, Appellant, v. H. MARQUARDT & COMPANY, INC., Respondent.— Order modified as directed in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Smith, J., dissenting and voting for reversal.

JOHN F. CONDON, as Executor, etc., of JACOB STINARD, Deceased, Respondent, v. PIETRO GATTI and Another, Appellants.— Order modified by requiring payment of the costs as taxed as a condition of opening the default. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

JOHN R. ABNEY, Appellant, v. MORRIS H. ROTHSCHILD, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs awarded to defendant by the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ELISE FORBES, Respondent, v. WILLIAM E. DEEKS, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY A. HARRIS and Another, Copartners, etc., Respondents, v. ALEX-ANDER PROPPER and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ARCHIE KARPF, Respondent, v. JOSEPH WILDMAN, Appellant.— Order modified by providing that order for examination be limited to an examination of defendant regarding making of the alleged copartnership and statements made by defendant to plaintiff and others acknowledging and admitting the making of it, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY WEINBERGER, Appellant, v. EDWARD S. SMITH and Others, as Executors, etc., Respondents, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HANS JOHN HAGEN and Another, Individually and Suing in Behalf of the Copartnership Known as the SOUTH AMERICAN EXPORT COMPANY, Respond-ents, v. LJUBA JANKOVIC, Individually and Doing Business under the Trade Name of L. JANKOVIC COMPANY, Appellant. (Appeals Nos. 1 and 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CAROLINE S. WIMPFHEIMER, Appellant, v. JUANITA L. WANDELL, Individ-ually and as Executrix of FRANCIS LIVINGSTON WANDELL, Deceased, Defendant, and FRANK M. TICHENOR, Individually and as Executor,